Argued March 19, 1969. *Samuel W. Salus, II,* Public
Defender, for appellant; *Richard A. Devlin,* Assistant
District Attorney, with him *Paul W. Tressler,* Assistant District Attorney, *Parker H. Wilson,* First
Assistant District Attorney, and *Milton O. Moss,*
District Attorney, for Commonwealth, appellee.
  Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Before WIEAND,
J.

Submitted March 17, 1969. *Rudolph Ziegler, Jr.,* Assistant Public Defender, for appellant; *W. F. Steigerwalt,* Assistant District Attorney, for Commonwealth, appellee.
  Order affirmed.

## Commonwealth *v.* Browne, Appellant.

Before BARBIERI,
J.

Argued March
21, 1969. *Stanford Shmukler,* for appellant; *James
D. Crawford,* Assistant District Attorney, with him
*Richard A. Sprague,* First Assistant District Attorney,
and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
  Judgment of sentence affirmed.

## Commonwealth *v.* Bump, Appellant.